| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Anthony D. Benifield Sr<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4579<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Robin Y. Benifield<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4026<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 13–24872–KCF | |

# Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Anthony D. Benifield Sr                                    Robin Y. Benifield
                                                            aka Robin Brown


<u>6/15/17</u>                                              **By the court:** <u>Kathryn C. Ferguson</u>
                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 13-24872-KCF
Anthony D. Benifield, Sr                                            Chapter 13
Robin Y. Benifield
            Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 2              Date Rcvd: Jun 15, 2017
                              Form ID: 3180W             Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2017.
db/jdb         +Anthony D. Benifield, Sr,    Robin Y. Benifield,    10 Cortelyou Rd,   Jackson, NJ 08527-1841
cr              Mercedes Benz Financial Services USA LLC,    Att: BK Servicing LLC,    POB 131265,
                 Roseville, MN    55113-0011
514059574       American Coradius International LLC,    2420 Sweet Home Rd Ste 150,    Buffalo, NY   14228-2244
514059577       Chase Manhattan Mortgage,    3415 Vision Dr,    Columbus, OH   43219-6009
514059579       Freehold Cartage,    PO Box 5010,   Freehold, NJ   07728-5010
514730719      +JPMORGAN CHASE BANK, N.A.,    Att: Correspondence Mail,    Mail Code LA4-5555,   700 Kansas Lane,
                 Monroe, LA 71203-4774
514059582      +Jackson Twp Municipal Utilities Auth,    135 Manhattan St,   Jackson, NJ 08527-2599
514059584       Mb Fin Svcs,   PO Box 961,    Roanoke, TX   76262-0961
514139679       Mercedes Benz Financial Services,    POB 131265,   Roseville, MN   55113-0011
514059587      +Preferred Behavioral Health,    1801 County Road 539,    Manchester Township, NJ 08759-3336
516257581      +Rushmore Loan Management for MTGLQ Investors, LP,    7575 Irvine Center Drive Suite 100,
                 Irvine, CA 92618-3092
516257582      +Rushmore Loan Management for MTGLQ Investors, LP,    7575 Irvine Center Drive Suite 100,
                 Irvine, CA 92618,    Rushmore Loan Management for MTGLQ Inves,
                 7575 Irvine Center Drive Suite 100,    Irvine, CA 92618-3092
514059591      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court:   Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD   21701-4747)
514548155      +Wells Fargo Bank, N.A.,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 15 2017 22:47:07      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 15 2017 22:47:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514059572       E-mail/Text: amscbankruptcy@adt.com Jun 15 2017 22:48:04      ADT Security Services,
                 PO Box 371490,    Pittsburgh, PA   15250-7490
514059573       EDI: GMACFS.COM Jun 15 2017 22:38:00      Ally Financial,    PO Box 380901,
                 Bloomington, MN   55438-0901
514493558      +EDI: GMACFS.COM Jun 15 2017 22:38:00      Ally Financial,    P.O. Box 130424,
                 Roseville, MN 55113-0004
514059575       EDI: CAPITALONE.COM Jun 15 2017 22:38:00      Cap One,    ATTN: BANKRUPTCY DEPT.,   PO Box 30285,
                 Salt Lake City, UT   84130-0285
514059576       E-mail/Text: bankruptcy@cavps.com Jun 15 2017 22:47:32      Cavalry Portfolio Serv,
                 ATTENTION:    BANKRUPTCY DEPARTMENT,    500 Summit Lake Dr Ste 400,   Valhalla, NY   10595-2321
514368468      +E-mail/Text: bankruptcy@cavps.com Jun 15 2017 22:47:32      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
514059578       E-mail/Text: bknotice@erccollections.com Jun 15 2017 22:47:10      Enhanced Recovery Co L,
                 ATTENTION:    CLIENT SERVICES,    8014 Bayberry Rd,   Jacksonville, FL   32256-7412
514059580       EDI: HFC.COM Jun 15 2017 22:38:00      HSBC Bankruptcy Department,    PO Box 5213,
                 Carol Stream, IL   60197-5213
514059583       E-mail/Text: ebn@barnabashealth.org Jun 15 2017 22:47:39      Kimball Medical Center,
                 PO Box 29965,    New York, NY   10087-9965
514059585       EDI: MID8.COM Jun 15 2017 22:38:00      Midland Funding,    8875 Aero Dr Ste 200,
                 San Diego, CA   92123-2255
514455725       E-mail/Text: bankruptcy@senexco.com Jun 15 2017 22:46:12      SENEX SERVICES CORP,
                 3333 FOUNDERS RD,    2ND FLOOR,    INDIANAPOLIS, IN 46268
514059588       E-mail/Text: bankruptcy@senexco.com Jun 15 2017 22:46:12      Senex Services Corp,
                 333 Founds Rd,    Indianapolis, IN   46268
514409128       EDI: NEXTEL.COM Jun 15 2017 22:38:00      Sprint Nextel,    Attn Bankruptcy Dept,   PO Box 7949,
                 Overland Park KS 66207-0949
514059589       EDI: NEXTEL.COM Jun 15 2017 22:38:00      Sprint PCS,    PO Box 219554,
                 Kansas City, MO   64121-9554
514059590       EDI: VERIZONEAST.COM Jun 15 2017 22:38:00      Verizon Bankruptcy Department,   PO Box 3037,
                 Bloomington, IL   61702-3037
514549219      +EDI: WFFC.COM Jun 15 2017 22:38:00      Wells Fargo Bank,    3476 Stateview Blvd,
                 Fort Mill, SC 29715-7200
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515482342*     +Wells Fargo Bank,   3476 Stateview Blvd,    Fort Mill, SC 29715-7200
514059581     ##+Hubschman & Roman,    318 Bergen Blvd,   Palisades Park, NJ 07650-2252
514059586     ##+Pentagroup Financial,    5959 CORPORATE DR.,   Suite 1400,   Houston, TX 77036-2311
                                                                                              TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Jun 15, 2017
                              Form ID: 3180W           Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2017 at the address(es) listed below:
```
              Albert    Russo      on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Amy L. Knapp       on behalf of Plaintiff Robin Y. Benifield alk@sgoldsteinlaw.com,
               G31979@notify.cincompass.com;notices@uprightlaw.com
              Amy L. Knapp       on behalf of Plaintiff Anthony D. Benifield, Sr alk@sgoldsteinlaw.com,
               G31979@notify.cincompass.com;notices@uprightlaw.com
              Brian C. Nicholas      on behalf of Creditor    Wells Fargo Bank, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Christopher G. Cassie     on behalf of Joint Debtor Robin Y. Benifield ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Christopher G. Cassie     on behalf of Debtor Anthony D. Benifield, Sr ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Denise E. Carlon      on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman      on behalf of Creditor   MTGLQ Investors, LP jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lee Martin Perlman     on behalf of Joint Debtor Robin Y. Benifield ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Lee Martin Perlman     on behalf of Debtor Anthony D. Benifield, Sr ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              R. A. Lebron     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bankruptcy@feinsuch.com
              Thomas   Orr     on behalf of Trustee Thomas   Orr tom@torrlaw.com,  Torr@ecf.epiqsystems.com
                                                                                              TOTAL: 13
```