Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  13–24872–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthony D. Benifield Sr
10 Cortelyou Rd
Jackson, NJ 08527

Robin Y. Benifield
aka Robin Brown
10 Cortelyou Rd
Jackson, NJ 08527

Social Security No.:
  xxx–xx–4579

  xxx–xx–4026

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 17, 2017</u>

<u>Kathryn C. Ferguson</u>
Judge, United States Bankruptcy Court